### A. T. FORST v. F. MAYER.

#### (No. 5637.)

APPEAL from Menard County. Opinion by WHITE, P. J.

MARSHALL FULTON and J. A. SMITH, counsel for appellant.

H. M. HOLMES and J. M. MOORE, counsel for appellee.

§ 450. *Appeal from justice's court; certified copy of bill of costs; transcript held sufficient.* Appellee having recovered a judgment against appellant in justice's court, the latter appealed to the county court, and the appeal was dismissed on motion of appellee, upon the ground that the transcript was not accompanied by a certified copy of the bill of costs taken from the justice's fee-book, as required by article 1640, Revised Statutes. While there is no certified copy of the bill of costs separate from the transcript, there is a bill of costs amounting to $23.55 in the transcript, and following it a certificate of the justice that the transcript is a true one of all the entries on his docket, etc. *Held:* There was a substantial compliance with said article 1640, and the court erred in dismissing the appeal.

April 10, 1889.                    Reversed and remanded.